UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LYNDA J. REON                                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO. 2:20-cv-110-KS-MTP

GARCIA CAMPOS, TA LOGISTICS, INC.
AND JOHN DOES 1, 2, & 3                                                                DEFENDANTS

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

This Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that this action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *with prejudice* with each party to bear their respective costs. The Court retains complete jurisdiction for thirty (30) days to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

It is SO ORDERED, on this the 17th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ _____
David C. Dunbar
*DunbarMonroe, PLLC*
270 Trace Colony Park, Suite A
Ridgeland, Mississippi 39157
*Attorney for Defendants*

/s/ _____
Bob Sullivan
*Sullivan, Sullivan & Thompson, PLLC*
Post Office Box 45
Laurel, Mississippi 39441
*Attorney for Plaintiff*

1